UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
RAJNARIND KAUR,

                  Plaintiff,

        v.

DEUTSCHE BANK A.G. and SANDRO BOERI,
in his individual and professional capacities,

                Defendants.
------------------------------------------------------------ X

Civil Action.: 19-cv-02505 (CM)

**NOTICE OF WITHDRAWAL**

      **PLEASE TAKE NOTICE** that Kenneth D. Walsh hereby withdraws his appearance as counsel for Plaintiff in the above-captioned matter, as he is no longer affiliated with the law firm Wigdor LLP, counsel of record for Plaintiff.

Dated: June 3, 2019
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
     David E. Gottlieb

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
dgottlieb@wigdorlaw.com

*Counsel for Plaintiff*