UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
RAJNARIND KAUR,                                             :
                                                            :   Civil Action.: 19-cv-02505 (CM)
                      Plaintiff,                     :
                                                            :
       v.                                                     :   **NOTICE OF APPEARANCE**
                                                            :
DEUTSCHE BANK A.G. and SANDRO BOERI,                        :
in his individual and professional capacities,              :
                                                            :
                      Defendants.                    :
------------------------------------------------------------ X

        **PLEASE TAKE NOTICE** that Lindsay M. Goldbrum of Wigdor LLP hereby enters her appearance as counsel on behalf of Plaintiff Rajnarind Kaur in the above-captioned matter.

Dated: July 8, 2019
       New York, New York

                                                Respectfully submitted,

                                                **WIGDOR LLP**

                                                By: _____
                                                      Lindsay M. Goldbrum

                                                85 Fifth Avenue
                                                New York, NY 10003
                                                Telephone:  (212) 257-6800
                                                Facsimile:   (212) 257-6845
                                                lgoldbrum@wigdorlaw.com

                                                *Counsel for Plaintiff*