UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

Rajnarind Kaur,

                    Plaintiff(s),                19 Civ. 2505 (CM) (DCF)

                                                        ORDER OF REFERENCE
          -against-                            TO A MAGISTRATE JUDGE

Deutsche Bank A.G., et al.,
          Defendant(s).
---------------------------------------------------------------X

The above entitled action is referred to the Honorable Debra C. Freeman, United States Magistrate Judge for the following purpose(s):

**✓** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement

\_\_\_ Specific Non-Dispositive Motion/Dispute:*

\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_ Habeas Corpus

\_\_\_ Social Security

\_\_\_ Settlement*

\_\_\_ Inquest After Default/Damages Hearing

\_\_\_ Dispositive Motion (i.e., motion requiring a Report and Recommendation

Particular Motion:_____

All such motions:_____

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DATE FILED: 8/1/19]

* Do not check if already assigned for general pretrial.

Dated: 8/1/2019
New York, New York

SO ORDERED:

_/s/ Colleen McMahon_
Hon. Colleen McMahon
Chief United States District Judge